**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Oscar UVALLE–DEL RIO,**
**Defendant–Appellant.**

**No. 05–10043.**

United States Court of Appeals, Fifth Circuit.

Decided June 7, 2005.

Susan B. Cowger, Sarah Ruth Saldana, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Robert Jackson Herrington, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the parties' motion to vacate the sentence is GRANTED.

IT IS FURTHER ORDERED that the parties' motion to remand the case for resentencing is GRANTED.

IT IS FURTHER ORDERED that the parties' motion to extend the time to file appellant's brief is DENIED as unnecessary.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.